UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00043 |
| | ) | JUDGE CAMPBELL |
| DANIEL T. HALL | ) | |

## ORDER

For the reasons set forth in Docket No. 42, the sentencing hearing in this case is CONTINUED until January 3, 2014, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE